# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY QUALIATO,<br><br>       Plaintiff,<br><br>       v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>       Defendant. | Case No. 2:16-CV-04790-SK<br><br>**JUDGMENT** |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Date: April 17, 2017

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE